IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TROY EUGENE WIGLEY, § | |
| § | |
| Petitioner, § | |
| § | |
| V. § | NO. 7:22-CV-070-O |
| § | |
| DIRECTOR, TDCJ-CID § | |
| § | |
| Respondent. § | |

## ORDER OF DISMISSAL

Troy Eugene Wigley has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3). ECF No. 11. In it, he sets forth four grounds, couched in terms of deliberate indifference, alleging that he (1) has been denied drug treatment for mental illness, (2) is held in segregation rather than general population, (3) is housed in such a way as to expose him to communicable diseases such as COVID-19, and (4) is being injured by exposure to fluorescent lighting. Even assuming Petitioner's allegations are true, unconstitutional conditions of confinement will not support habeas relief under § 2241. *Pierre v. United States*, 525 F.2d 933, 935–36 (5th Cir. 1976) (the sole function of habeas is to grant relief from unlawful imprisonment or custody). Although Petitioner appears to contend that he should be released from custody, the proper remedy would be to enjoin the alleged unlawful practices and make the conditions tolerable. *See Cook v. Hanberry*, 596 F.2d 658, 660 (5th Cir. 1979). Such claims must be brought in a civil rights action. *Carson v. Johnson*, 112 F.3d 818, 820–21 (5th Cir. 1997) (where a ruling in a prisoner's favor would not automatically result in his accelerated release from custody, a civil rights action is the proper mechanism to seek relief); *Sacal-Micha v. Longoria*, 449 F. Supp. 3d 656, 662 (S.D. Tex. 2020) (quoting *Carson*, 112 F.3d at 820–21). As the claims asserted are not

cognizable under § 2241, the Court lacks jurisdiction over them and they must be dismissed.[1]

*Spencer v. Bragg*, 310 F. App'x 678, 679 (5th Cir. 2009).

Petitioner's claims in this action are **DISMISSED** for lack of jurisdiction.

**SO ORDERED** on this 11th day of October, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] These claims can be pursued through a civil rights case. Petitioner knows how to pursue such relief. *See* Case No. 7:20-CV-070-O.