IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| TROY EUGENE WIGLEY, | § |
| Petitioner, | § |
| V. | § NO. 7:22-CV-070-O |
| DIRECTOR, TDCJ-CID | § |
| Respondent. | § |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Troy Eugene Wigley for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

**SO ORDERED** on this 11th day of October, 2022.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE